UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Re:  
REYNALDO ACOSTA  
Debtor

Chapter 13 Proceeding:  
11-70784-M-13

### CHAPTER 13 TRUSTEE'S RE-NOTICE OF HEARING

The Dismissal Hearing for the above referenced case originally scheduled for Thursday, April 18, 2013 at 9:00 am has been re-scheduled for Thursday, April 25, 2013 at the following location:

US Federal Courthouse, 1701 W. Business Highway 83, Bentsen Tower, 8th floor, McAllen, TX  78501

Respectfully Submitted:  Thu, Apr 11, 2013

/s/   CINDY BOUDLOCHE  
CINDY BOUDLOCHE  
CHAPTER 13 TRUSTEE  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

### CERTIFICATE OF SERVICE

I Certify that on or about Thu, Apr 11, 2013, a copy of the foregoing Chapter 13 Trustee's Re-Notice of Hearing   was delivered to BNC to be served electronically or by United States Mail to the Debtor, Debtor's Counsel and all parties listed on the Court's mailing matrix.

/s/   CINDY BOUDLOCHE  
CINDY BOUDLOCHE, TRUSTEE

#339