

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Reynaldo Acosta

**Debtor(s)**

Case No.: 11–70784

Chapter: 13

**ENTERED**
**07/12/2013**

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Cindy Boudloche is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 7/12/13

RICHARD S. SCHMIDT
United States Bankruptcy Judge